## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WRJ HOLDINGS, LLC,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CRIM. NO. 1:24-00332-KD-N** |
| ) | |
| **MERCEDES-BENZ USA, LLC,** ) | |
|     **Defendant.** ) | |

## <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (doc. 11), made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Motion to Remand, (doc. 7), is **DENIED**.

**DONE** this **6th day** of **February**, **2025**.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**